# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRED TOWNSEND,** | : CIVIL ACTION NO. 1:17-CV-2159 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **WARDEN THOMAS MCGINLEY** and **JOHN DOE,** | : |
| Defendants | : |

## ORDER

AND NOW, this 19th day of June, 2018, upon consideration of the report (Doc. 8) of Chief Magistrate Judge Susan E. Schwab, issued after comprehensive review of the complaint (Doc. 1) of *pro se* plaintiff Fred Townsend ("Townsend") pursuant to 28 U.S.C. § 1915(e)(2)(B), wherein Judge Schwab recommends that the court dismiss Townsend's complaint for failure to state a claim for which relief may be granted, and further recommends that dismissal be without leave to amend as amendment would be futile, see Grayson v. Mayview State Hosp., 293 F.3d 103, 114 (3d Cir. 2002), and it appearing that Townsend has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d t 878; see also Taylor v. Comm'r of Soc. Sec., 83

F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing <u>Univac Dental Co. v. Dentsply Int'l, Inc.</u>, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following independent review of the record, the court being in full agreement with Judge Schwab's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 8) of Chief Magistrate Judge Schwab is ADOPTED.

2. Townsend's complaint (Doc. 1) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed to be frivolous and not taken in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania